[No. 16954-5-III.    Division Three.    June 22, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES
EDWARD CASHAW, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 96-1-01298-1, Neal Q. Rielly, J.,
entered September 30, 1997. *Reversed* by unpublished
opinion per Kato, J., concurred in by Kurtz, A.C.J., and
Brown, J.

[No. 17527-8-III.    Division Three.    June 22, 1999.]

ANTHONY J. KIELIAN, ET AL., *Appellants*, v. THE
DEPARTMENT OF FISH AND WILDLIFE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grant
County, No. 97-2-00034-0, Evan E. Sperline, J., entered
April 17, 1998. *Affirmed* by unpublished opinion per Kato,
J., concurred in by Kurtz, A.C.J., and Brown, J.

[Nos. 17745-9-III; 17746-7-III;    Division Three.    June 22, 1999.]
17747-5-III; 17748-3-III.

THE STATE OF WASHINGTON, *Respondent*, v. MICKEY H.
SANTOS, *Appellant*.

Appeals from judgments of the Superior Court for
Spokane County, Nos. 96-8-01077-1, 97-8-00732-8, 96-8-
01703-1, 96-8-01671-0, Neal Q. Rielly, J., entered August
13, 1998. *Affirmed* by unpublished opinion per Kato, J.,
concurred in by Kurtz, A.C.J., and Brown, J.

[No. 16297-4-III.    Division Three.    June 24, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK
CHRISTIAN DESMARAIS, *Appellant*.

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 95-1-00722-1, Duane E. Taber, J., entered
January 7 and 10, 1997. *Affirmed in part* and *reversed in
part* by unpublished opinion per Kurtz, J., concurred in by
Schultheis, C.J., and Kato, J.